NO. 07-09-0123-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 17, 2009

_____

IN THE INTEREST OF D.C.R. AND K.S.R., CHILDREN

_____

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 00-02-17934; HONORABLE PAT PHELAN, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Rebecca Michele Willis, perfected this appeal from the trial court's order modifying the child support obligation of Appellee, Israel Loa Reyna. Pending before this Court is Willis's *Motion for Voluntary Dismissal* in which she represents that she no longer wishes to pursue this appeal. The Certificate of Conference reflects that Reyna agrees with the merits of the motion. No decision of this Court having been delivered, we grant

the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(1).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Patrick A. Pirtle
Justice